UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN SNELLINGER,

                    Plaintiffs,

-against-

FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.,

                    Defendant.
-----------------------------------------------------------------X

19-CV-06574 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than Wednesday July 20, 2023, providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                July 14, 2023

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge