UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SNELLINGER,

               Plaintiff(s),

-against-

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.

               Defendant(s),
and Third-Party action.

19 CV 6574 (NSR)
**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

    In light of a pending motion for reconsideration before Magistrate Judge Reznik and an anticipated extension of the discovery deadlines, it is hereby

    ORDERED that the above case is scheduled for **a telephonic Status Conference on July 19, 2023 is adjourned *sine die*.**

    Counsel are directed to notify this Court in writing within five (5) days after the completion of discovery whether or not counsel will seek leave to file a dispositive motion.

Dated:   July 17, 2023
           White Plains, NY

SO ORDERED.

_____
Nelson S. Román, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2023