

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

July 18, 2023

Robert H. King
(212) 413-2887
(212) 504-3177 Fax
rking@polsinelli.com

VIA ELECTRONIC FILING

Hon. Victoria Reznik U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *John Snellinger v. Bayview Loan Servicing, LLC; et al.*
      *Civil Action No. 19-CV-06574-NSR-VR*
      *Parties' Joint Status Letter*

Dear Judge Reznick,

We write to provide the Court with status of this matter. Presently, Plaintiff's motion for reconsideration of the Court's denial of his motion to file a third amended complaint [ECF Doc. Nos. 141-143] is before the Court for a decision.

Discovery continues with three non-party depositions of Sgt. Patrick Marcial of the Wallkill Town Police ("TOWPD")[1], Ramchand Deioki and Sandhya Deoki which remain, due in part because of non-compliance with subpoenas for testimony and documents. Defendants therefore anticipate motion practice to compel the Deiokis deposition, and the production of documents from the Town of Wallkill. An independent medical examination of Plaintiff was completed on June 8, 2023. The parties have agreed to Plaintiff's deposition on August 22, 2023 at Defendants' counsel's NYC office.

---

[1] We were informed by counsel for the TOW that Sgt. Marcial is recovering from a medical emergency and is off duty and that he would be made available for deposition when he returns to active duty. Sgt. Marcial's testimony is relevant because he was the only supervising officer to attend to Plaintiff at the time Plaintiff allegedly sustained his injuries; Sgt. Marcial's testimony will also be directed toward the policies and procedures of the TOWPD in August 2017.

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

90219032.1



  As a result, the Parties respectfully request that the Court extend fact discovery to October 1, 2023.

         Respectfully,

/s/ Robert H. King  
Robert H. King  
Brendan I. Herbert *(admitted pro hac vice)*  
For Defendants

/s/ Evan M. Foulke  
Evan M. Foulke, Esq.  
John A. Stark *(admitted pro hac vice)*  
For Plaintiff

The court is scheduling a telephonic status conference for Thursday, July 27, 2023, at 10:30 am. Scheduling order to follow.

The parties' request to extend the fact discovery deadline will be addressed at this status conference.

In the interim, the parties are to proceed with depositions as scheduled.

Dated:  
July 19, 2023

SO ORDERED.

_____  
Hon. Victoria Reznik, U.S.M.J.

90219032.1

90219032.1

90219032.1

90219032.1

90219032.1

90219032.1