

600 Third Avenue, 42nd Floor, New York, NY 10016  •  (212) 684-0199

February 23, 2024

**By ECF**

Hon. Victoria Reznik, USMJ
Federal Building and Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Robert H. King
Counsel
(212) 413-2887
(212) 504-3177 Fax
rking@polsinelli.com

**MEMO ENDORSED**

Re:   **Snellinger v. Bayview Loan Servicing, LLC, FNMA et al.
Civil Action No: 19-cv-06574-NSR-VR
<u>Letter Motion for Adjournment of February 27, 2024 Conference</u>**

Dear Judge Reznick:

This office represents Bayview Loan Servicing, LLC n/k/a Community Loan Servicing, LLC ("Community") and Federal National Mortgage Association sued herein incorrectly as "Fannie Mae" ("FNMA") (collectively, "Defendants"). This will be the second adjournment of the conference, the Court granted an adjournment on January 17, 2024.

Defendants respectfully request an adjournment of the conference from February 27, 2024 to March 15, 2024 or M[...]

Service by ECF
Foulke Law Firm
*Attorneys for Plainti[ff]*

> Defendants' request is **DENIED**. The teleconference remains scheduled for 2/27/24 and counsel are expected to appear.
>
> Defendants' have provided no reason why they are requesting to adjourn this conference. Without providing a reason for their request, the Court cannot determine whether an adjournment is warranted. Nor does Defendants' letter state Plaintiff's position on Defendants' request or whether Plaintiff is available on 3/15 or soon thereafter.
>
> The Court grants Defendants' leave to re-present their request via a letter that contains this missing information by COB 2/26/24. Also, due to the numerous extensions of the ultimate discovery deadline in this case, if the Court is to adjourn the 2/27 conference, it intends to reschedule it for another date during the week of 2/26.
>
> The Clerk of Court is directed to close out ECF No. 168.
>
> Dated: 2/26/24    SO ORDERED.
>                   Hon. Victoria Reznik, U.S.M.J.

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Phoenix | Raleigh | Salt Lake City
San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com

93579850.1