# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JOHN SNELLINGER,

                       Plaintiff,                       19 **CIVIL** 6574 (NSR)

       -against-                               **JUDGMENT**

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), BAYVIEW LOAN SERVICING, LLC, RAMCHAND DEOKI and SANDHYA DEOKI.

                       Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 4, 2025, Defendants Federal National Mortgage Association and Bayview Loan Servicing, LLC's motion for summary judgment is GRANTED. Judgment entered in favor of Federal National Mortgage Association and Bayview Loan Servicing, LLC, and terminated Federal National Mortgage Association and Bayview Loan Servicing, LLC from the instant action.

**Dated:** New York, New York

      June 17, 2025

                                                      **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                          **BY:**

                                                        **Deputy Clerk**